**Dale E. SIMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53348.**

Missouri Court of Appeals,
Western District.

June 24, 1997.

Jeannie Arterburn Willibey, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Dale E. Sims appeals the circuit court's judgment denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Phillip M. GRINLINTON, Appellant.**

**No. WD 52883.**

Missouri Court of Appeals,
Western District.

June 24, 1997.

Rosemary E. Percival, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Bruce Hahn, Asst. Atty. Gen., Kansas City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Phillip M. Grinlinton appeals the circuit court's judgment convicting him of the Class C felony of stealing. We affirm. Rule 30.25(b).